IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

LARRY D. ODUM,

     Appellant,

 v.

STATE OF FLORIDA,

     Appellee.

Case No.  5D23-976
LT Case No. 2006-CF-2552

_____/

Decision filed July 18, 2023

3.800 Appeal from the Circuit Court
for Lake County,
Larry Metz, Judge.

Larry D. Odum, Clermont, pro se.

No Appearance for Appellee.


PER CURIAM.

    AFFIRMED.


JAY, KILBANE and PRATT, JJ., concur.